IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAY A. FOX, by and through his guardian, ROSE FOX, | ) ) ) |
| Plaintiff, | ) Case No. 1:12-cv-08740 ) |
| v. | ) Chief Judge Holderman ) |
| ADMIRAL INSURANCE COMPANY, | ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

## REPORT OF THE PARTIES' PLANNING MEETING

1.  The following persons participated in a Rule 26(f) conference on February 1, 2013 by telephone:

    Scott R. Rauscher representing the plaintiff.
    Omar S. Odland representing the defendant.

2.  **Initial Disclosures**. The parties will complete by February 8, 2013 the initial disclosures required by Rule 26(a)(1).

3.  **Discovery Plan**. The parties propose this discovery plan:

    (a) Subjects of discovery:

    (i) The parties agree that discovery will be needed on the following subjects:

    (1) The insurance that was, or should have been, available to the Defendants in *Fox v. Barnes*, No. 09-5453 (N.D. Ill.);

    (2) Wexford's claims against Admiral, and damages relating to those claims;

    (3) The negotiating history relating to insurance coverage between the named insureds in *Fox v. Barnes* and Admiral;

    (4) The *bona fides* of the settlement agreement, assignment of rights, and consent judgment between Fox and Wexford;

      (5)    The reasonableness of the decision by Wexford to settle;

      (6)    The reasonableness of the amount of the settlement between Wexford and Fox; and

      (7)    The bases for Wexford/Fox's claim(s) for insurance coverage, including the bases for Fox's claims against Wexford.

   (ii)    Plaintiff believes that discovery will also be needed on the following topics:

      (1)    Discovery relating to Admiral's responsibility for punitive damages. Admiral does not agree that this inquiry is relevant;

      (2)    Admiral insurance policies that use the same civil-rights and non-stacking endorsements as the policies at issue in *Fox v. Barnes*. Admiral does not agree that this inquiry is relevant.

(b)    The parties may issue written discovery on or after February 1, 2013, following their planning conference.

(c)    Fact discovery shall be completed by August 9, 2013.

(d)    Plaintiff's Rule 26(a)(2) disclosures shall be served by September 9, 2013.

(e)    Depositions of plaintiff's experts shall be completed by October 25, 2013.

(f)    Defendant's Rule 26(a)(2) disclosures shall be made by November 11, 2013.

(g)    Depositions of Defendant's experts shall be completed, and any rebuttal expert reports by Plaintiff's experts shall be made by December 11, 2013.

4.    Other Items:

(a)    Dispositive motions shall be filed by January 20, 2014.

Date: 2/4/2013                    /s/ Scott R. Rauscher

                                  Arthur Loevy
                                  Michael Kanovitz
                                  Jon Loevy
                                  Scott R. Rauscher
                                  LOEVY & LOEVY
                                  312 North May St., Ste. 100
                                  Chicago, IL 60607
                                  (312) 243-5900
                                  Attorneys for Plaintiff

Date: 2/4/2013

                                  /s/ Omar S. Odland

                                  Daniel G. Litchfield
                                  Omar S. Odland
                                  LITCHFIELD CAVO LLP
                                  303 West Madison Street, Suite 300
                                  Chicago, Illinois 60606-3300
                                  (312) 781-6669 (Litchfield)
                                  (312)781-6660 (Odland)
                                  (312) 781-6630 facsimile
                                  Attorneys for Defendant