**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Ray Fox

                          Plaintiff,

v.                                                   Case No.: 1:12−cv−08740
                                                       Honorable Manish S. Shah

Admiral Insurance Company

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 16, 2016:

      MINUTE entry before the Honorable Manish S. Shah: The parties advise the court this matter has settled. All pretrial filing deadlines and trial dates are stricken. A status hearing is set for 12/13/16 at 9:30 a.m. If a stipulation of dismissal is submitted in advance of that date, then no appearance is necessary. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.